**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20118-JB**

**UNITED STATES OF AMERICA**

**v.**

**STANLEY GORDON VAN METER II,**

**Defendant.**

**NOTICE OF SATISFACTION OF FORFEITURE MONEY JUDGMENT**

The United States gives notice of the satisfaction of the forfeiture money judgment entered against Defendant Stanley Gordon Van Meter II (the "Defendant") in in the above-captioned case. In support the United States submits the following.

On August 27, 2026, the Court entered a Preliminary Order of Forfeiture, [ECF No. 32], ordering the entry of a forfeiture money judgment against the Defendant in the amount of $859,052.39.

On September 16, 2026, the Defendant submitted a cashier's check totaling $859,052.39 covering the total amount of the forfeiture money judgment.

The United States hereby provides notice that $859,052.39 has been applied in total satisfaction of the Defendant's forfeiture money judgment, and there is no outstanding balance.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Sandra Demirci*
Sandra Demirci (Court ID A5503244)
Assistant United States Attorney
500 East Broward Boulevard
Fort Lauderdale, FL 33394
Telephone: (954) 660-5959
Facsimile: (305) 536-7599
E-mail: sandra.demirci@usdoj.gov
*Counsel for United States of America*